*You must file this document if you did not timely file the record and were unable to file it by the date specified in the appellate clerk's letter that was sent pursuant to* TEX. R. APP. P. 37.3. *If your request is granted and the record is not filed by the date requested, the matter will be referred to the Court for issuance of whatever order is appropriate to avoid further delay and to preserve the parties' rights.*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/24/2015 12:00:16 PM
KEITH E. HOTTLE
Clerk

# 13TH COURT OF APPEALS
# COURT REPORTER'S REQUEST FOR EXTENSION
# OF TIME TO FILE RECORD

Appellate Case Number:          04-15-00344-CR

Appellate Case Name:          Juan Ruben Sanchez Cerda vs. The State of Texas

Trial Court Case Number:          CR-3545-13-C

_____  The appellant has failed to request a reporter's record.

_____  The appellant has not made arrangements for paying for the record.

_____  The appellant has made partial payment for the record.

_____  The appellant has made full payment for the record.

__x__  The appellant is entitled to appeal without paying the fee.
*(Please check appropriate statement.)*

I will be unable to file the record in this appeal by July 22, 2015 (the date specified in the letter from the appellate court clerk). I expect the record in this appeal to be approximately 600 pages. The record covers approximately 3 days of testimony. I believe I can file the record by August 12, 2015. I ask that the Court grant an extension until that time for filing the record.

*If the date requested is more than 60 days from the date specified in the clerk's letter, you must attach a list of all appeals in which you are preparing a record that was requested before the record in this appeal. For each appeal, list the estimated number of pages and the expected completion date.*

_____ *Signature of Court Reporter*

Jessie Salazar_____ *Printed Name*

100 N. Closner, 2nd Floor_____ A*ddress*

Edinburg, Texas   78539_____ *City, State, Zip*

956-318-2260_____ *Phone Number*

**If the Court grants the request for extension, it will not exceed 30 days in an ordinary or restricted appeal, or 10 days in an accelerated appeal pursuant to** TEX. R. APP. P. *35.3.*

*** I have spoken with Appellant's counsel, and he has no opposition to my request for extension**